# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10CR84

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JONATHAN SANTIBANEZ-VEGA. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion to Compel Discovery Disclosure. Having considered defendant's Motion to Compel Discovery Disclosure and reviewed the pleadings, and it appearing that good cause has been shown and that expedited consideration is both requested and required, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Compel Discovery Disclosure (#10) is **CALENDARED** for hearing at 9:00 a.m., Friday, December 17, 2010. All counsel of record shall attend this hearing.

Signed: December 15, 2010

Dennis L. Howell
United States Magistrate Judge