# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00084-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JONATHAN SANTIBANEZ VEGA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Joint Sentencing [Doc. 28].

Upon review of the Defendant's motion, the Court finds that the Defendant has not stated good cause for holding a joint sentencing hearing in this case and Criminal Case No. 1:13-cr-00030-MR-DLH.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Joint Sentencing [Doc. 28] is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 25, 2013

Martin Reidinger
United States District Judge